UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY BECKWITH,

    Plaintiff,

v.

    File no: 5:05-CV-66

    HON. ROBERT HOLMES BELL

DENSO CORPORATION, et al.

    Defendants.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

NOW THEREFORE, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Defendants' Rule 12(b)(6) motion to dismiss is hereby **GRANTED** and plaintiff's complaint is hereby dismissed.


Date:  September 19, 2005        /s/ Robert Holmes Bell
    ROBERT HOLMES BELL
    CHIEF UNITED STATES DISTRICT JUDGE